IN THE SUPREME COURT OF THE STATE OF NEVADA

DONTE LOFTON,
                    Appellant,
vs.
CARMEN VELASQUEZ LOFTON,
                    Respondent.

No. 84766

FILED

JUL 01 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
        DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a decree of divorce. Eighth Judicial District Court, Family Court Division, Clark County; Nadin Cutter, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. It appears the decree is not a final judgment appealable under NRAP 3A(b)(1). "[A] final judgment is one that disposes of all the issues presented in the case, and leaves nothing for the future consideration of the court, except for post-judgment issues such as attorney's fees and costs." *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000). The challenged decree identifies an issue regarding life insurance on respondent and her child and specifically states that the court will issue another decision regarding the life insurance. It thus appears that the issue regarding life insurance remains pending in the district court. And it does not appear that the decree is appealable under any other statute or court rule. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this

22-20852

court "may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc:     Hon. Nadin Cutter, District Judge, Family Court Division
        Donte Lofton
        Law Office of Shelley Lubritz, PLLC
        Eighth District Court Clerk

---

[1]Appellant may file a new notice of appeal, if aggrieved, once the district court enters a final judgment finally resolving all issues in the underlying case.